AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>Jorge Mojocoa )<br> )<br> )<br> )<br> )<br>*Defendant(s)* | Case No.<br>5:22-mj-1056-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 31, 2022__ in the county of __Marion__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) | Sex Trafficking of a Minor (patronizing and soliciting a minor for sex) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Michael Busby, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/04/2022

*Judge's signature*

Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

City and state: Ocala, Florida

STATE OF FLORIDA                    CASE NO. 5:22-mj-1056-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Busby, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for the issuance of a criminal complaint charging Jorge MOJOCOA (hereinafter MOJOCOA) with sex trafficking of a minor, in violation of 18 U.S.C. § 1591(a)(1). I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators and law enforcement officers, information from agency reports, and from a review of documents provided by witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for an arrest, I have not set forth each and every fact learned during the course of this investigation. Furthermore, I have only set forth those facts and circumstances that are believed necessary to establish probable cause.

2. I am a Special Agent with the U.S. Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and have been since November 2006. I investigate child exploitation and human trafficking violations, specifically violations of 18 U.S.C. §§ 2251, 2252, and 1591, along with violations of Titles 18, 19, and 31 of the United States Code. As a Special Agent, I am a law

enforcement officer of the United States. I am empowered to investigate and make arrests for violations of federal criminal laws. As a Special Agent assigned to HSI, I have conducted numerous child pornography and exploitation investigations. As a result of that training and my experience in child exploitation investigations, I am familiar with and have employed methods of investigation, including, but not limited to, visual surveillance, electronic surveillance, informant interviews, interrogation, and undercover operations. I have authored and participated in numerous search warrants that have led to the seizure of various types of evidence to include electronic devices such as cell phones, computers and video equipment.

## STATUTORY AUTHORITY

3. In relevant part, 18 U.S.C. § 1591(a)(1) prohibits a person from knowingly recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining, patronizing, or soliciting by any means in or affecting interstate or foreign commerce, a person who has not attained the age of 18 years and who will be caused to engage in a commercial sex act. Pursuant to 18 U.S.C. § 1591(b)(1), the punishment for such offense is not less than 15 years, and up to life imprisonment if the person solicited had not yet attained the age of 14.

## DETAILS OF THE INVESTIGATION

4. On or about March 30, 2022, the Marion County Sheriff's Office (MCSO) conducted an online undercover operation to combat child exploitation. HSI Orlando, the Ocala Police Department, and other agencies also participated in the operation.

5. Using the internet, an MCSO undercover detective (hereinafter, UC) posted an online advertisement on Craiglist.com. The ad stated, "Looking for a friend My 12 yo niece is paralyzed and unable to communicate…I recently obtained custody of her due to the death of her mother (COVID) I'm looking for someone who would enjoy her company….She is by herself often and I cant afford a sitter Medical bills have become overwhelming…"

6. In response to the advertisement, MOJOCOA[1] replied through Craigslist, and the UC directed MOJOCOA to contact her by phone. MOJOCOA began texting and calling the UC and the conversations were recorded. The UC explained to MOJOCOA that the niece is paralyzed from the waist down but had use of her arms. The UC further explained that the niece could not speak and was believed to be autistic. MOJOCOA was interested in what he could do to the niece and offered to pay $60 for oral sex with her. The UC agreed to the transaction. The UC told MOJOCOA to bring condoms. MOJOCOA said that he did not need condoms because he could get a full erection but "nothing comes out." The UC agreed to meet with MOJOCOA at the Racetrac gas station located at 3674 NW Blitchton Road, Ocala, Florida in order for MOJOCOA to have oral sex with the niece.

7. On or about March 31, 2022, MOJOCOA contacted the UC in the morning and stated that he was in town. This was several hours before the meeting

---

[1] The identification of MOJOCOA by law enforcement is described later in the affidavit.

was scheduled to occur. The UC instructed MOJOCOA to get Skittles candy in order for the niece to be comfortable with MOJOCOA. The UC also told MOJOCOA to bring lubricant since the niece was practically still a virgin and 12 years of age.[2] MOJOCOA later texted the UC that he had purchased lubricant at Walmart.

8. During the investigation, agents began researching the phone number used by MOJOCOA in an attempt to identify him. Using various law enforcement databases, agents were able to connect the phone number to MOJOCOA and obtained a photograph of him in order to become familiar with his appearance. MOJOCOA also informed the UC that he would be driving a grey Chevrolet pickup truck.

9. At approximately 1:30 p.m., MOJOCOA arrived at the Racetrac in the grey Chevrolet pickup truck. Agents converged on him and placed him under arrest at that time. Prior to impounding the vehicle, a search was performed of the grey Chevrolet pickup. The search revealed two bags of Skittles candy, Astroglide personal lubricant, and a loaded revolver in the truck's center console. MOJOCOA was transported to the MCSO headquarters.

10. Task Force Officer (TFO) Luis Camacho read MOJOCOA his constitutional rights. MOJOCOA acknowledged his rights and agreed to speak

---

[2] In addition to the conversations about oral sex, the UC told MOJOCOA that the niece could not feel anything below her waist and that he could do more than just oral sex if he chose to. When MOJOCOA was arrested, he possessed approximately $100, which is more than the agreed upon amount for oral sex only.

4

without an attorney present. MOJOCOA stated how stupid he was for doing this. TFO Camacho asked MOJOCOA to elaborate on the statement. MOJOCOA explained how he had answered an advertisement and proceeded to communicate with a female who had a child and needed help.

11. When TFO Camacho told MOJOCOA that MOJOCOA had been communicating with a law enforcement officer, MOJOCOA admitted that he did offer to pay money in exchange for oral sex with the niece. MOJOCOA also admitted to using his cell phone to communicate with the UC.[3] TFO Camacho asked MOJOCOA if he intended to have sex with the child. MOJOCOA denied this intent at first, but then stated that it depended on how the child looked. MOJOCOA stated that he would not have done anything if the child looked abused. MOJOCOA later stated that he did travel to meet the UC with the intentions of having sex with the niece in exchange for money. The interview was electronically recorded.

12. After the conclusion of MOJOCOA's interview with TFO Camacho, MCSO detectives asked MOJOCOA if he would be willing to take a polygraph examination.[4] United States Secret Service (USSS) Special Agent Nick Hall met with MOJOCOA, who signed a warning of rights and polygraph consent form. Special Agent Hall conducted a polygraph examination of MOJOCOA focusing on

---

[3] MOJOCOA was found in possession of a cell phone and the phone was confiscated by law enforcement. MOJOCOA confirmed that was the phone that he used to communicate with the UC.
[4] Agents were concerned that MOJOCOA may have sexually abused other minor victims in the past.

5

child exploitation activities. After the examination, MOJOCOA again made statements that he agreed to pay $60 for oral sex and that he was going to meet a 12 to 14-year-old girl in order to do so. MOJOCOA also stated that he was glad he did not have daughters because he was afraid he would abuse them.

## CONCLUSION

13. Based on the above information, probable cause exists that MOJOCOA has committed a violation of 18 U.S.C. § 1591(a)(1), sex trafficking of a minor. Thus, I respectfully request that this court authorize a criminal complaint for MOJOCOA.

Special Agent Michael Busby
Department of Homeland Security
Homeland Security Investigations

Sworn to and subscribed before me
this __4__th day of April, 2022

Honorable Philip R. Lammens
United States Magistrate Judge