UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,            Case No. 5:22-cr-17-GAP-PRL
    Government.

v.

JORGE MOJOCOA
    Defendant.

## TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Original Craig's list posting |
| 2 | | | | | Recording Jorge Mojocoa and Agent – 2022-03-30_18-26-02 |
| 3 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10. | | | | | |
| 11 | | | | | |

A. FITZGERALD HALL

ACTING FEDERAL DEFENDER

s/*Christine N. Bird*
CHRISTINE N. BIRD
Florida Bar No. 0971642
Assistant Federal Defender
203 E. Silver Springs Blvd, Suite 202
Ocala, Florida 34470
Telephone: 352-351-9157
E-Mail: Christine_bird@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Defendant's Exhibit List* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Tyrie Boyer, Assistant United States Attorney, this 27th day of February, 2023.

*s/ Christine N. Bird*
CHRISTINE N. BIRD
Assistant Federal Defender